# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIDDLETOWN WATER JOINT VENTURE LLC,** | CIVIL ACTION NO. 1:19-CV-1402 |
| Petitioner | (Chief Judge Conner) |
| v. | |
| **BOROUGH OF MIDDLETOWN,** | |
| Respondent | |

## ORDER

AND NOW, this 13th day of April, 2020, upon consideration of the motion (Doc. 13) for judgment on the pleadings by Middletown Water Joint Venture LLC, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 13) for judgment on the pleadings is DENIED. The court will schedule a case management conference by separate order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania